# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:15-cr-186 |
| Asa Neil Goodie, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is a "Motion to Withdraw as Counsel" filed by attorney Lynn Slaathaug Moen. For good cause show, the court **GRANTS** the motion. (Docket No. 98). Attorney Lynn Slaathaug Moen is authorized to withdraw as defense counsel. Attorney Tatum Lindbo is appointed to represent defendant and shall be substituted as counsel of record for defendant in this matter.

**IT IS SO ORDERED.**

Dated this 18th day of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court